**FILED**
October 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>KAWIKA MARK MADEIROS, )<br>)<br>       Defendant. ) | Case No. MAG. 10-0292-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KAWIKA MARK MADEIROS, Case No. MAG. 10-0292-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of: $75,000.00

        _X_  Unsecured Appearance Bond

        ___  Secured Appearance Bond

        _X_  (Other) Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 10-04-10 at 2:5?pm.

By _____
Edmund F. Brennan
United States Magistrate Judge