1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2797

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   CR. No. S-10-0434 LKK
                               )
12            Plaintiff,       )   ORDER RE: SCHEDULING STATUS
                               )   CONFERENCE, AND EXCLUDING
13         v.                  )   TIME UNDER SPEEDY TRIAL ACT
                               )
14 KAWIKA MARK MADERIOS,       )   DATE: November 16, 2010
                               )   TIME:  9:15 a.m.
15            Defendant.       )   CTRM:  Honorable Lawrence K. Karlton
   _____)
16

17       On November 9, 2010, the Court held a status conference in this

18 case.  Assistant U.S. Attorney Michael M. Beckwith appeared on

19 behalf of plaintiff, United States of America.  Timothy Warriner,

20 Esq., appeared with defendant Kawika Mark Maderios, who was present

21 and in custody.

22       This Court granted a continuance for a further status

23 conference/entry of plea to November 16, 2010, at 9:15 a.m.

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

1  The Court further excluded time from November 9, 2010, to, and
2  including, November 16, 2010, from computation of time within which
3  the trial of this matter must be commenced pursuant to Local Code
4  T4.

5

6                                         BENJAMIN B. WAGNER
                                          United States Attorney
7
8  DATED: November 15, 2010      By:   /s/ MICHAEL M. BECKWITH
                                       MICHAEL M. BECKWITH
9                                      Assistant U.S. Attorney

10 _____

11                                **ORDER**

12     **IT IS HEREBY ORDERED**:

13
     1.   Status Conference/Change of Plea Hearing set for November
14
   16, 2010 at 9:15 a.m..
15
     2.   Time beginning November 9, 2010, up to and including
16
   November 16, 2010, is excluded from computation of time pursuant to
17
   Local Code T4
18

19

20
   Date: November 15, 2010        _____
21                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
22                                 UNITED STATES DISTRICT COURT