Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Kawika Mark Maderios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 10-00434 LKK |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING TO AUGUST 23, 2011 |
| vs. | ) |
| KAWIKA MARK MADERIOS, | ) |
| Defendant | ) |

This matter is presently scheduled for hearing concerning imposition of judgment and sentence on July 6, 2011.

Defense counsel is presently engaged in a murder trial in Sacramento Superior Court (*People* v. *Richard Ramirez*, No. 09F04168) which is expected to last through the month of July. In order to afford additional time to review the probation officer's dispositional report, and for both counsel to respond to the report and recommendation, it is requested that the judgment and sentencing hearing be continued to August 23, 2011 at 9:15 a.m. Both counsel stipulate to this continuance, and the probation officer has been advised of the new date.

Dated: July 1, 2011          /s/ Timothy E. Warriner, Attorney for Defendant, Kawika Mark Maderios

Dated: July 1, 2011          /s/ Michael Beckwith, Assistant United States Attorney, for the Government

1

<u>ORDER</u>

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence hearing now scheduled for July 6, 2011 be continued to August 23, 2011, at 9:15 a.m., and that the July 6 date be vacated.

Dated:  July 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT