Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Kawika Mark Maderios

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KAWIKA MARK MADERIOS,<br><br>　　　　　Defendant | Case No. 10-00434 LKK<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING TO NOVEMBER 29 2011 |

　　　　This matter is presently scheduled for hearing concerning imposition of judgment and sentence on October 25, 2011.

　　　　Both counsel request and stipulate that the judgment and sentencing hearing be continued to November 29, 2011 at 9:15 a.m.

Dated: October 19, 2011　　　　　　　/s/ Timothy E. Warriner, Attorney for Defendant, Kawika Mark Maderios

Dated: October 19, 2011　　　　　　　/s/ Michael Beckwith, Assistant United States Attorney, for the Government

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentence hearing now scheduled for October 25, 2011 be continued to November 29, 2011, at 9:15 a.m., and that the October 25 date be vacated.

Dated:  October 21, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT